# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| DENTEN WILSON, | |
| Plaintiff, | No. C15-2017-LTS |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before me on a motion (Doc. No. 12) by defendant (the Commissioner) to reverse and remand this case pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner states that the plaintiff does not oppose the motion.

Sentence four states: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). When the parties agree to a sentence four remand, the court may reverse and remand the Commissioner's decision for further proceedings and enter judgment in the plaintiff's favor without conducting a full review of the administrative record. *Cuvelier v. Astrue*, No. C10-3027-MWB, 2010 WL 4665857, at *2 (N.D. Iowa Nov. 9, 2010).

For the reasons set forth by the Commissioner, I find that a sentence four remand is appropriate. As such, the motion is **granted**. This case is **reversed and remanded** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as described in the motion. The Clerk shall enter judgment in favor of the plaintiff and against the Commissioner.

**IT IS SO ORDERED.**

**DATED** this 14th day of July, 2015.

                                    _____
                                    LEONARD T. STRAND
                                    UNITED STATES MAGISTRATE JUDGE